IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARSHA STANLEY**                                                            **PLAINTIFF**

v.                            **CASE NO. 4:23-CV-01121-BSM**

**DANIEL GAUDREAU,**
**Chief Financial Officer**                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of January, 2024.

                                               _____
                                               UNITED STATES DISTRICT JUDGE